# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **THE WING GURU, INC.**, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No. 2:21-cv-02260-JTF-CGC |
| v. ) | |
| ) | District Judge Fowlkes |
| **MARCUS BAKER d/b/a TERRELL** ) | |
| **FONVILLE AND ASSOCIATES, LLC,** ) | Magistrate Judge Claxton |
| ) | |
| **Defendants.** ) | |

## PARTIES' STATUS UPDATE

Pursuant to the Court's Order Granting In Part and Denying In Part Joint Motion to Stay Case (Doc. 13), the parties provide the following Status Report:

The parties mediated this case. As a result of the mediation, the parties agreed upon basic terms for a settlement. A Settlement Agreement has been drafted and revised. While further revisions may be necessary, however, the parties believe that the matter has been resolved. The parties believe that within fifteen (15) days a Settlement Agreement will be finalized and executed.

    Respectfully submitted,

    **BAGGOTT LAW, PLLC**

    *s/ Roland W. Baggott III*
    Roland W. Baggott III (BPR #023428)
    4525 Harding Road, Suite 105
    Nashville, Tennessee 37205
    (615) 620-4580
    (615) 620-4581 (fax)
    roland@baggottlaw.com

    Evan M. Goldman
    101 Eisenhower Parkway, Suite 412
    Roseland, NJ 07068

(973) 287-0964
(973) 226-4104 (fax)
egoldman@aystrauss.com

*Attorneys for Marcus Baker and Terrell Fonville and Associates, LLC (TX)*

and

***s/ Bradley E. Trammell by Roland W. Baggott III with Permission***
Bradley E. Trammell (Tenn. Bar #13890)
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Phone: 901-526-2000
btrammell@bakerdonelson.com

*Attorneys for Plaintiff The Wing Guru, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2021 a copy of the foregoing was served by this Court's ECF system to:

Van D. Turner, Jr.
BRUCE TURNER, PLLC
2650 Thousand Oaks Boulevard, Suite 2325
Memphis, Tennessee 38118
(901) 290-6610

Bradley E. Trammell
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Phone: 901-526-2000
btrammell@bakerdonelson.com

*Attorneys for Plaintiff The Wing Guru, Inc.*

/s/     Roland W. Baggott III