IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| THE WING GURU, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:21-cv-02260-JTF-cgc |
| v. | ) |
| | ) |
| MARCUS BAKER d/b/a TERRELL | ) |
| FONVILLE AND ASSOCIATES, LLC, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, the Parties stipulate to the dismissal of this action with prejudice, with taxable court costs taxed to The Wing Guru.

Respectfully submitted,

*s/ Bradley E. Trammell*
Bradley E. Trammell (Tenn. Bar #13890)
BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ, PC
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Phone: 901-277-2121
btrammell@bakerdonelson.com

*Attorney for Plaintiff The Wing Guru, Inc.*

*s/ Roland W. Baggott*
Roland W. Baggott III (BPR #023428)
BAGGOTT LAW, PLLC
4525 Harding Road, Suite 105
Nashville, Tennessee  37205
(615) 620-4580
(615) 620-4581 (fax)
roland@baggottlaw.com

*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 30, 2022 a copy of the foregoing was served by this Court's ECF system to:

Evan M. Goldman
Greenspoon Marder LLP
343 Thornall Street, Suite 640
Edison, New Jersey 08837
evan.goldman@gmlaw.com


Roland W. Baggott, III
THE BAGGOTT LAW OFFICES, PLLC
4525 Harding Pike, Suite 105
Nashville, TN 37205
roland@baggottlaw.com

                                                          */s/ Bradley E. Trammell*

4870-4252-4726v1
2956063-000001 09/30/2022