# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| **THE WING GURU, INC.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No.: 2:21-cv-02260-JTF-cgc** |
| **v.** ) | |
| ) | |
| **MARCUS BAKER** ) | |
| **and TERRELL FONVILLE AND** ) | |
| **ASSOCIATES, LLC,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), filed on September 30, 2022.  (ECF No. 16.) Based on a status update filed on September 2, 2021, the parties reached a settlement agreement at mediation.[1]  (ECF No. 15.) The Court, being duly advised, finds that this action is **DISMISSED** in its entirety with prejudice.  Accordingly, each party shall bear their own attorneys' fees, with taxable court costs taxed to Plaintiff.

**IT IS SO ORDERED** this 30th day of September, 2022.

_s/John T. Fowlkes, Jr._
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE

---

[1] The parties informed that "A Settlement Agreement has been drafted and revised.  While further revisions may be necessary . . . the parties believe the matter has been resolved" (ECF No. 15.) The parties notified the Court via email on September 29, 2022 that the matter was fully resolved and that the Stipulation would be submitted in the near future.