# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| THE WING GURU, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:21-cv-02260-JTF-cgc |
| ) | |
| MARCUS BAKER and ) | |
| TERRELL FONVILLE AND ) | |
| ASSOCIATES, LLC, ) | |
| ) | |
| Defendants. ) | |

# JUDGMENT

Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) in accordance with the Order of Dismissal with Prejudice, entered on September 30, 2022.  (ECF No. 17.)

# APPROVED:

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.                                THOMAS M. GOULD
UNITED STATES DISTRICT JUDGE            CLERK


September 30, 2022                                         Ameshia Forrest
DATE                                                               (By) LAW CLERK